

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

---

*401 Market St., P.O. Box 2098*          *856-757-5026*
*Camden, New Jersey 08101*

May 21, 2026

**VIA EMAIL: <u>criminalinfo@njd.uscourts.gov</u>**

Melissa E. Rhoads, Clerk
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Attention:    Marcy Plye, Deputy Clerk

        Re:            *United States* v. *Eliezer Kadoch*

Dear Ms. Plye:

      Enclosed for assignment is an Information charging defendant Eliezer Kadoch with Voting By Alien in a Federal Election, in violation of 18 U.S.C. § 611. The cover sheet is also enclosed.

        Very truly yours,

         */s/ Joseph McFarlane*
      By:  Joseph S. McFarlane
         Assistant U.S. Attorney

Encls.